JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE JOHNSON, | NO. CV 13-2044 FMO (RZx) |
| Plaintiff, | |
| v. | **ORDER REMANDING ACTION** |
| UNITED STATES OF AMERICA; HURBERT KOTTLOVE, M.D.; ALAN T. TURNER, M.D.; DOE 1 through DOE 30, Inclusive, | |
| Defendants. | |

On September 27, 2012, plaintiff filed the instant action against defendants Hubert Kottlove, M.D., Alan T. Turner, M.D., and the Watts Healthcare Corporation ("Watts") in the Los Angeles County Superior Court. (See Notice of Removal, Exhibit A ("Complaint")). Plaintiff alleges medical negligence pursuant to state law due to defendants' failure "to properly and adequately diagnose [her] breast mass on two separate occasions." (Complaint at ¶ 9).

On March 21, 2013, the United States filed a Notice of Substitution to serve in place of defendant Watts and removed the action to this court, pursuant to 28 U.S.C. § 2679 and 42 U.S.C. § 233. Specifically, § 2679(b)(1) vests district courts with jurisdiction over civil actions resulting from the negligence of a federal employee while acting within the scope of his employment. Section 2679(d)(2), in turn, permits an action commenced in state court to be removed to federal court at any time before trial. Defendant United States claims that Watts receives federal funds

and, therefore, is deemed to be a federal employee under the Federally Supported Heath Centers Assistance Act of 1992. See 42 U.S.C. § 233; (Notice of Removal at ¶ 2).

On March 26, 2013, the court issued an order authorizing the substitution of the United States as the defendant in place of defendant Watts. (See Order Correcting Caption). On April 4, 2013, plaintiff Monique Johnson filed a Notice of Dismissal pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure, dismissing the United States as a defendant, (see Notice of Dismissal), thereby leaving Albert T. Turner, M.D. and Hubert Kottlove, M.D. as the remaining defendants. Given that the United States in no longer a party in this action, the court lacks jurisdiction over plaintiff's state law claims.

Accordingly, IT IS ORDERED THAT the above-captioned matter shall be remanded to the Los Angeles County Superior Court, 200 W. Compton Blvd., Compton, CA 90220.

Dated this 6th day of May, 2013.

/s/
Fernando M. Olguin
United States District Judge